# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. RASHAD TANNER<br><br>　　　　　　　　　　Petitioner,<br>vs.<br><br>M.C. KRAMER, Warden,<br><br>　　　　　　　　　　Respondent. | CASE NO. 06cv0833 JM(RBB)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE: DISMISSAL OF PETITION AS TIME-BARRED |

　　　　On June 22, 2007 Magistrate Judge Battaglia entered a Report and Recommendation recommending the dismissal of the petition for writ of habeas corpus as time-barred ("R & R"). The R & R thoroughly and thoughtfully analyzed Petitioner's claims of statutory and equitable tolling. Petitioner has filed objections to the R & R ("Objections"). Respondent did not file a reply to the Objections.

　　　　In his Objections, Petitioner raises no new arguments. Petitioner does not seek to distinguish the authorities cited in the R & R or to otherwise inform the court of a reasoned basis to decline to adopt the R & R. Instead of responding to Petitioner's arguments a second time, the court adopts the R & R in its entirety. The petition for writ of habeas corpus is dismissed as time-barred.

　　　　**IT IS SO ORDERED.**

DATED: September 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties
　　　　　Magistrate Judge Brooks